Kenneth D. and Alma Jo WHITE,
Respondents,

v.

Lark E. SMITH and John E.
Robertson, Appellants.

No. WD 49489.

Missouri Court of Appeals,
Western District.

May 23, 1995.

Eddie G. Dougherty, Kansas City, for appellants.

Charles S. Weedman, Jr., Harrisonville, for respondents.

Before KENNEDY, P.J., and SMART and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Lark Smith and John Robertson appeal from a judgment entered against them and in favor of Kenneth White and Alma Jo White. Defendants contend on appeal: 1) that the court erred in failing to make findings of fact and conclusions of law in accordance with Rule 73.01; 2) that the trial court abused its discretion in permitting testimony as to lost income which went beyond plaintiffs' interrogatory answers; 3) that the court erred in denying leave to amend their answer to deny an agency relationship between the defendants; and 4) that the judgment is not supported by substantial evidence of a causal relationship between the vehicular collision in question and the injuries of plaintiff Kenneth White.

The judgment is affirmed. Rule 84.16(b).

MISSOURI COORDINATING BOARD
FOR HIGHER EDUCATION,
Respondent,

v.

Charles A. MARTIN, Appellant.

No. WD 50288.

Missouri Court of Appeals,
Western District.

May 23, 1995.

James M. McNeile, Christopher F. Burger, Buck, Bohm & Stein, Kansas City, for appellants.

Lester E. Adams, Browning, for respondent.

Before ULRICH, P.J., and LOWENSTEIN and ELLIS, JJ.

### ORDER

PER CURIAM:

This is an appeal from an order of the circuit court granting summary judgment due to lack of jurisdiction in an action involving the nondischarged education loan of a bankrupt debtor.

The judgment is affirmed. Rule 84.16(b).